```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 50907
   VICKIE B ECKART
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8131

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
LVNV FUNDING LLC           UNSECURED            992.49          .00         992.49
CAPITAL ONE BANK           UNSECURED           4951.60          .00        4951.60
ASPIRE                     UNSECURED            978.42          .00         978.42
CBUSA SEARS                UNSECURED         NOT FILED          .00            .00
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           2356.77          .00        2356.77
MONOGRAM BANK N AMERICA    UNSECURED         NOT FILED          .00            .00
LVNV FUNDING LLC           UNSECURED           1214.50          .00        1214.50
LVNV FUNDING LLC           UNSECURED           4058.73          .00        4058.73
DAVID M SIEGEL             DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                           992.79
DEBTOR REFUND              REFUND                                              4.70

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             18,250.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    14,552.51
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            992.79
DEBTOR REFUND                                     4.70
                    --------------         --------------
TOTALS              18,250.00                18,250.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 50907 VICKIE B ECKART

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
    CASE NO. 05 B 50907 VICKIE B ECKART
```